**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BETTY RIDDLE,**

       **Plaintiff,**

v.                                                                            Case No.  5:09-cv-444-Oc-28GRJ

**FLORIDA DEPARTMENT OF**
**CORRECTIONS, MICHAEL W. MOORE,**
**FLORIDA OFFICE OF THE INSPECTOR**
**GENERAL, WALT MURPHREE, CHRIS**
**SUTHERLAND, JOHN DOES, JANE DOES,**
**TROY SAUNDERS,**

       **Defendants.**
_____

**RELATED CASE ORDER**
**AND TRACK ONE NOTICE**

It is hereby **ORDERED** that, no later than eleven days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.  It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case.  All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

October 22, 2009

| | |
|---|---|
| ANNE C. CONWAY | JOHN ANTOON II |
| Anne C. Conway [22] | John Antoon II [28] |
| Chief United States District Judge | United States District Judge |
| | |
| GREGORY A. PRESNELL | MARY S. SCRIVEN |
| Gregory A. Presnell [31] | Mary S. Scriven [35] |
| United States District Judge | United States District Judge |
| | |
| GEORGE C. YOUNG | G. KENDALL SHARP |
| George C. Young [06] | G. Kendall Sharp [18] |
| Senior United States District Judge | Senior United States District Judge |

PATRICIA C. FAWSETT
Patricia C. Fawsett [19]
Senior United States District Judge

| | |
|---|---|
| DAVID A. BAKER | KARLA R. SPAULDING |
| David A. Baker [DAB] | Karla R. Spaulding [KRS] |
| United States Magistrate Judge | United States Magistrate Judge |

GREGORY J. KELLY
Gregory J. Kelly [GJK]
United States Magistrate Judge

Attachment:   Notice of Pendency of Other Actions [mandatory form]

Copies to:   All Counsel of Record
             All *Pro Se* Parties

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BETTY RIDDLE,**

        **Plaintiff,**

v.                                                                  Case No.  5:09-cv-444-Oc-28GRJ

**FLORIDA DEPARTMENT OF CORRECTIONS, MICHAEL W. MOORE, FLORIDA OFFICE OF THE INSPECTOR GENERAL, WALT MURPHREE, CHRIS SUTHERLAND, JOHN DOES, JANE DOES, TROY SAUNDERS,**

        **Defendants.**

_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS            related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____   IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
   [Address and Telephone]