# SHERIFF

## SHERIFF'S RETURN OF SERVICE

FILED

**MARION COUNTY**

**SERVICE #:** S09038204
**TYPE OF:** SUMMONS (COMPLAINT)
**PLAINTIFF:** RIDDLE, BETTY
**DEFENDANT:** FLORIDA DEPT OF CORRECTIONS ET AL
**RETURN TO:** COLLINS, BROWN CALDWELL BARKETT & G
   **ADDRESS:** PO BOX 64-3686
   **CITY:** VERO BEACH, FL 32964
   **POE:**
   **NOTARY:**
**DIRECTIONS:**
**COMMENTS:** BY SERVING BRAD KING, STATE ATTY - FIFTH JUDICIAL CIRCUIT

**ACCOUNT #:** A09004383
**CASE #:** 509CV444OC28GRJ
**COURT:** MIDDLE DISTRICT US DISTRICT
**COURT DATE:**
**DUE DATE:**
**SERVE:** FLORIDA DEPT. OF CORRECTIONS
**ADDRESS:** 19 N WEST PINE AVE
**CITY:** OCALA, FL 34475
**DESCRIPTION:**

CLERK U.S. DISTRICT COURT

1015   on the    Received this writ on the 27 day of October A.D. 2009 and served same on the within named at _28th_ day of _October_ A.D. 2009 in Marion County, Florida

## ___ INDIVIDUAL

By delivering a true copy of this writ with the date and hour of service ebdorsed thereon by me and a true copy of the initial pleading.

## ___ SUBSTITUTE

By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the inital pleading by leaving the copies at (his/her) usual place of abode with a resident of the household above the age of 15 years, to-wit: _____

_____ and informing the person of the contents thereof.

    (Name and Relationship)

## ___ CORPORATION

By delivering a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the inital pleadings to

_____ as _____ of said corporation: In the absence of the President, Vice President, Cashier, Treasurer, Secretary, General Manager, Director or any officer. (as defined in FS 48.081(1)). To _____

as registered agent of the within named Corporation (as defined in FS 48.091(1)). To _____ as an employee of the within named corporation at said corporation's place of business because service could not be made on the registered agent for failure to comply with FS 48.091 therby complying with 48.081(3).

## ___ POSTING

By posting on the premises located at _____

a true copy of this writ with the date and hour of service endorsed thereon by me and a copy of the inital pleadings attached to a conspicuous place on the property described within after making two (2) attempts not less than six (6) hours apart in that the tenant could not be found and there was no person on the property residing therein, fifteen (15) years of age or older upon whom service could be made.

## _X_ OTHER   Served Debbie Allen, Legal Assistant to Brad King

## ___ NON-SERVICE

For the reason that after diligent search and inquiry failed to find said _____

## ___ COMMENTS _____

_____
_____
_____
_____
_____

ED DEAN, SHERIFF

BY: _MM Robinson #295_
   Deputy Sheriff

Note: Only that service indicated by the X is applicable to this return.

        ORIGINAL COPY        MCSO FORM #CIV101 DEC 98

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Betty Riddle | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 5:09-CV-444-OC-28 GRJ |
| Florida Dept of Corrections, et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Florida Dept. of Corrections
by Serving: Brad King, State Atty - Fifth Judicial Circuit
19 N. West Pine Avenue
Ocala, FL  34475

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron V. Johnson, Esq.
Collins, Brown, Caldwell, Barkett & Garavaglia, Chtd.
756 Beachland Blvd.
Vero Beach, FL  32963

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/15/09

*Signature of Clerk or Deputy Clerk*

S-38204
A-4383
CK-5026l

AO 440 (Rev. 01/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BETTY RIDDLE,

       Plaintiff,

vs.

FLORIDA DEPARTMENT OF CORRECTIONS;
MICHAEL W. MOORE, in his official capacity as
Secretary of the Florida Department of
Corrections; FLORIDA OFFICE OF
THE INSPECTOR GENERAL; WALT MURPHREE,
in his official capacity as Inspector General,
CHRIS SUTHERLAND, in her official capacity as
Warden of LOWELL CORRECTIONAL
INSTITUTION,  and  JOHN DOES and
JANE DOES, unknown policy makers and
supervisors of operations and employees
of the LOWELL CORRECTIONAL FACILITY, a
facility under operation of the State of Florida
Department of Corrections, and TROY SAUNDERS,
an individual,

       Defendants.

_____/

Case No: 5:09-CV-444-OC-28GRJ
Judge:

## NOTICE OF FILING

    The Plaintiff, BETTY RIDDLE, by and through her undersigned counsel, Aaron V. Johnson, Esq., hereby serves this Notice of Filing, and submits the following for filing:

    1.     Original Return of Service and Summons addressed to Florida Department of Corrections.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the forgoing has been furnished via U.S. First Class Mail to: Florida Department of Corrections c/o Brad King, State Attorney for the Fifth Judicial Circuit, 19 N. West Pine Avenue, Ocala, FL 34475 on this _____ day of November, 2009.

COLLINS, BROWN, CALDWELL, BARKETT
& GARAVAGLIA, CHARTERED
756 Beachland Boulevard (32963)
Post Office Box 64-3686
Vero Beach, FL 32964-3686
Telephone:  (772) 231-4343
Facsimile:  (772) 234-5213

Aaron V. Johnson, Esq.
Florida Bar No. 618098